LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808)533-1734
lunsfordp001@hawaii.rr.com

Attorney for Plaintiff
MARC FIEDLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARC FIEDLER | ) | CIVIL NO. 08-0057 JMS/BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| | ) | |
| vs. | ) | |
| | ) | |
| KYO-YA HOTELS AND RESORTS, LP | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

The Complaint filed by Plaintiff is hereby dismissed with prejudice, pursuant to F.R.Civ.P. 41 (a)(1)(i). No Answer or Motion has been filed.

DATED: Honolulu, Hawaii, 10/6/08.

LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff